No. 02–1859. BOCA INVESTERINGS PARTNERSHIP ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 02–1860. TROHA ET AL. *v.* TEAMSTERS NATIONAL AUTOMOBILE TRANSPORTERS INDUSTRY NEGOTIATING COMMITTEE ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–1861. HIEN AN DAO *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 02–1862. COUSIN *v.* BERRY ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–1863. WILKES *v.* WYOMING DEPARTMENT OF EMPLOYMENT, FAIR LABOR STANDARDS DIVISION. C. A. 10th Cir. Certiorari denied.

No. 02–1866. SHWAYDER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–1868. INGERSON *v.* TWENTIETH CENTURY FOX FILM CORP. ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–1869. HOUSE *v.* COPLEY PRESS, INC., ET AL. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 02–8849. ESPARZA *v.* MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–9037. GONZALEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–9087. ROBINSON *v.* JOHNSON, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–9438. SELVERA *v.* FRIO COUNTY, TEXAS. Ct. App. Tex., 4th Dist. Certiorari denied.

No. 02–9447. RAMOS ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.